|    |                                              |                                              |
|----|----------------------------------------------|----------------------------------------------|
| 1  |                                              |                                              |
| 2  |                                              |                                              |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADOLPHUS MARCH, | ) Case No. 10cv0082-JM(BLM) |
|---|---|
|  | ) |
| Plaintiff, | ) |
|  | ) **ORDER DENYING MOTION TO IMPOSE** |
| v. | ) **COSTS OF THE EARLY NEUTRAL** |
|  | ) **EVALUATION CONFERENCE ON** |
| ABM SECURITY SERVICES, INC. | ) **DEFENDANT FOR FAILING TO** |
| *formerly known as* AMERICAN | ) **NEGOTIATE IN GOOD FAITH** |
| COMMERCIAL SECURITY SERVICES, | ) |
| INC., | ) |
|  | ) [Doc No. 31] |
| Defendant. | ) |

///

///

///

///

///

///

///

///

///

///

///

-1-                                                  10cv0082-JM (BLM)

1        On March 22, 2010, Plaintiff's counsel, David J. Van
2   Susteren, filed a motion to impose costs of the early neutral
3   evaluation conference. Doc. No. 31. As discussed in Judge Miller's
4   March 22, 2010 order, Mr. Van Susteren's application to appear pro
5   hac vice in this case has been denied. Doc. No. 32. Since Mr. Van
6   Susteren has not been admitted to practice before this court,
7   Plaintiff's motion is **DENIED** without prejudice. Mr. Van Susteren
8   may re-file Plaintiff's motion once he successfully completes his
9   application to appear pro hac vice.
10       **IT IS SO ORDERED.**
11  DATED: March 24, 2010

            _____
            BARBARA L. MAJOR
            United States Magistrate Judge