# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPHUS MARCH,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>ABM SECURITY SERVICES, f.k.a.<br>AMERICAN COMMERCIAL SECURITY<br>SERVICES, INC.; and ABM INDUSTRIES,<br>INC.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 10cv0082 JM(BGS)<br><br>ORDER STRIKING DOCUMENTS |

On or about May 21, 2010, Plaintiff filed a motion for leave to file a Second Amended Complaint (SAC"), accompanied by the SAC, without first obtaining a hearing date as required by L.R. 7.1. (Ct. Dkt. 48, 49). Accordingly, the court strikes these documents without prejudice for failure to comply with the Local Rules. The Clerk of Court is instructed to strike from the Court docket entry Nos. 48 and 49.

**IT IS SO ORDERED.**

DATED: July 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties